Jabbar Jomo STRAWS, Plaintiff—Appellant,

v.

James R. METTS, Lexington County Sheriff's Department; Major NFN Harris, Lexington County Detention Center; Sgt FNU Timmerman, Lexington County Police Department; DET Eddie Prestigiacomo, Lexington County Sheriff's Department; PTL A Rish, Lexington County Police Department; DET Keith Kirshner, Lexington County Police Department; Cpl NFN Hobbs, Lexington County Police Department; Elizabeth Fullwood, Lexington County Public Defenders Office, Defendants—Appellees.

No. 07–7288.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2008.

Decided: March 12, 2008.

Jabbar Jomo Straws, Appellant Pro Se.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jabbar Jomo Straws appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Straws v. Metts,* No. 4:07–cv–00805–HFF (D.S.C. July 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*